CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDULRAHMAN MUHAMMAD )
   SALEH NASSER, )
              Plaintiff )
              v. )    Civil Case Number 07-1710 (RBW)
GEORGE BUSH, ET AL. )    Category   G
              Defendants )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on September 26, 2007 from Judge Colleen Kollar-Kotelly to Judge Reggie B. Walton by direction of the Calendar Committee.

(Case Randomly Assigned)

                      JUDGE ELLEN S. HUVELLE
                      Chair, Calendar and Case
                      Management Committee

cc:   Judge Walton & Courtroom Deputy
       Judge Kollar-Kotelly & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk