IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULRAHMAN MUHAMMAD SALEH NASSER,<br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No.<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Abdulrahman Muhammad Saleh Nasser, and Muhammad Muhammad Saleh Nasser, as Next Friend of Abdulrahman Muhammad Saleh Nasser in this matter. Service upon counsel may be made to:

>Brent N. Rushforth (DC 398123)
>Kit A. Pierson (DC 331074)
>Sarah B. Pojanowski (DC 502036)
>Jenny L. Workman (DC 502584)
>Elizabeth S. Arora
>**HELLER EHRMAN LLP**
>1717 Rhode Island Avenue, NW
>Washington, DC 20036
>Tel: (202) 912-2000
>Fax: (202) 912-2020

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: September 25, 2007

>Respectfully submitted,
>
>Counsel for Petitioner:
>
> /s/ Brent N. Rushforth
>Brent N. Rushforth
>Kit A. Pierson

Sarah B. Pojanowski
Jenny L. Workman
Elizabeth A. Arora
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020