IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULRAHMAN MUHAMMAD SALEH
NASSER, et al.,

        Petitioners,

   v.                                                                                    No. 07-CV-1710 (RBW)

GEORGE W. BUSH, et al.,

        Respondents.

## NOTICE OF APPEARANCE

Undersigned counsel, Nicholas A. Oldham, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: October 1, 2007                      Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                DOUGLAS N. LETTER
                                                Terrorism Litigation Counsel


                                                _____/s/ Nicholas A. Oldham_____
                                                NICHOLAS A. OLDHAM
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W.
                                                Washington, DC  20530
                                                Tel:  (202) 514-3367
                                                Fax: (202) 616-8470
                                                Nicholas.Oldham@usdoj.gov

                                                Attorney for Respondents