IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHMAN MUHAMMAD SALEH NASSER, *et al.*, <br><br>    Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>    President of the United States, *et al.*, <br><br>    Respondents. | Civil Action No. 07-CV-1710 (RBW) |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-named case.

Dated: October 17, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Terry M. Henry*
TERRY M. HENRY
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents