UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHMAN MUHAMMAD SALEH NASSER, et al., )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>)<br>Respondents/Defendants. ) | Civ. A. No. 07-1710 (RBW) |

## NOTICE OF CORRECTION

On April 10, 2008, Respondents filed their Opposition to Petitioners' Motion to Enter Protective Order (dkt. no. 10). Page 3 of that Opposition contains a statement that "[a]s of the date this brief is filed, petitioners have not sought entry of the protective order in their parallel DTA case." Since the filing of respondents' opposition, undersigned counsel learned that on April 9, 2008, petitioners and the government filed a joint motion for entry of the DTA protective order in petitioners' parallel DTA case in the D.C. Circuit, subject to an explicit reservation of both parties' "right to subsequently challenge the terms of any protective order entered in this case, including the order proposed by this motion." If anything, this development weakens petitioners' argument that they are entitled to entry of an additional protective order in this case, and certainly makes clear the lack of any need for emergency action by this Court.

Dated: April 11, 2008              Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Robert J. Katerberg
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-8298
Fax:  (202) 616-8460

Attorneys for Respondents