IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULRAHMAN MUHAMMAD SALEH NASSER, *et al.* | ) ) ) ) |  |
| Petitioners, | ) ) |  |
| v. | ) ) | Civil Action No. 07-CV-1710 (RBW) |
| GEORGE WALKER BUSH, | ) ) ) |  |
| *et al.*, | ) ) |  |
| Respondents. | ) ) |  |

**<u>JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER</u>**

Pursuant to the Court's June 20, 2008 Order (dkt. no. 13), undersigned counsel for petitioner and respondents jointly state as follows:

1)   Petitioner Abdulrahman Muhammad Saleh Nasser (Internment Serial Number 115) is the sole detainee-petitioner in this habeas corpus case.

2)   Petitioner Nasser is currently detained at Guantanamo Bay. According to Petitioner, he has been "detained" by the United States in Guantanamo for more than six years. The United States takes no position on the length of petitioner's detention.

3)   No duplicate habeas petitions have been filed on behalf of petitioner Nasser.

1

4)  Petitioner filed a motion on March 31, 2008 requesting entry of the November 8, 2004 Amended Protective Order in the In Re Guantanamo Bay Detainee Cases. The United States has no objection to entry of the Amended Protective Order and supplemental protective orders (subject to the right of either party to seek modifications later, if necessary):  (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004),(2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004

Dated:  June 27, 2008                                                          Respectfully Submitted,


By: _____/S/_____                              _____/S/_____
Kit Pierson                                                                  Andrew I. Warden
Heller Ehrman LLP                                                United States Department of Justice
1717 Rhode Island Ave, NW                                Civil Division, Federal Programs Branch
Washington, DC 2003                                          20 Massachusetts Ave., NW, Rm. 7332
Tel: (202) 912-2000                                              Washington, D.C.  20530
                                                                                Tel:  (202) 616-5084


Attorney for Petitioner                                          Attorney for Respondents