IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** <br><br> This Document Relates To: <br><br> **ABDULRAHMAN MUHAMMAD SALEH NASSER,** <br><br>                    Petitioner/Plaintiff, <br><br>   v. <br><br> **GEORGE W. BUSH**, et al., <br><br>                   Respondents/Defendants. | **Misc. No. 08-442 (TFH)** <br><br> **Civil Action No. 07-CV-1710 (RBW)** |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Nasser et al. v. Bush et al.*, Civ. Action No. 07-1710 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case *Nasser et al. v. Bush et al.*, Civ. Action No. 07-1710 (RBW), and I agree to comply with the provisions thereof.

  /s/ Brent N. Rushforth                    7/22/2008
Brent N. Rushforth                          Date

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of July, 2008, I caused a true and correct copy of the attached **MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION** to be served by the ECF system on:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                                */s/ Brent N. Rushforth*